# Thomas J. Gaffney

Attorney & Counselor at Law
80 West Huron
Buffalo, New York 14202-2408
(716) 852-1102

Receipt # 11089139

1/5/10 cg

Paul R. Warren Esq.  
Clerk US Bankruptcy Court  
300 Pearl Street  
Buffalo, NY 14202

December 31, 2009

RE: Kathleen M. Mangan  
BK# 08-13368MJK

Dear Paul:

Enclosed is Trustee check number 112 in the amount of $11.78 for claim number 2 Chestnut Identity as no forwarding address for them was located.

Yours truly,

Thomas J. Gaffney



FILED JAN - 5 2010 BANKRUPTCY COURT BUFFALO, N.Y.